# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **U.S. SECURITIES AND** | : | **CIVIL ACTION NO. 1:09-CV-1330** |
| **EXCHANGE COMMISSION,** | : | |
| Plaintiff | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and** | : | |
| **SAND DOLLAR INVESTING** | : | |
| **PARTNERS, LLC,** | : | |
| Relief Defendants | : | |

-----------------------------------------------------------------------------

| | | |
|---|---|---|
| **U.S. COMMODITY AND FUTURES** | : | **CIVIL ACTION NO. 1:09-CV-1331** |
| **TRADING COMMISSION,** | : | |
| Plaintiff | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and** | : | |
| **SAND DOLLAR INVESTING** | : | |
| **PARTNERS, LLC,** | : | |
| Relief Defendants | : | |

## **ORDER**

AND NOW, this 8th day of December, 2009, upon consideration of the first interim motion for an order authorizing payment of fees and expenses (U.S. Securities and Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed July 12, 2009) [hereinafter Case No. 1330], Doc. 60; U.S. Commodity and

Futures Trading Commission v. Healy, Civ. A. No. 1:09-CV-1331 (M.D. Pa filed July 12, 2009) [hereinafter Case No. 1331], Doc. 54), filed by the court-appointed receiver, Melanie E. Damian, Esq. (the "receiver"), and upon further consideration of the orders of court (Case No. 1330, Doc. 69, 75; Case No. 1331, Doc. 63, 69) dated November 18, 2009, and December 1, 2009, directing defendant and relief defendants to file a brief in opposition to the motion (Case No. 1330, Doc. 60; Case No. 1331, Doc. 54), and it appearing that, as of the date of this order, neither defendant nor relief defendants have filed a brief in opposition, see L.R. 7.6, it is hereby ORDERED that:

1. The motion (Case No. 1330, Doc. 60; Case No. 1331, Doc. 54) is DEEMED unopposed. See L.R. 7.6.

2. The motion (Case No. 1330, Doc. 60; Case No. 1331, Doc. 54) is GRANTED. The court hereby approves the full amount of fees and costs requested and authorizes payment of eighty percent (80%) of the fees sought and the full amount of costs sought as follows:

    a. $146,580 for fees and $10,749.48 for costs to the Receiver and Damian & Valori, LLP; and

    b. $5,239 for fees and $1,314.32 for costs to Semanoff Ormsby Greenberg & Torcia, LLC; and

    c. $139 for costs to Eckert Seamans Cherin & Mellott, LLC.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge