# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | : | **CIVIL ACTION NO. 1:09-CV-1331** |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SEAN NATHAN HEALY,** | : | |
| **Defendant** | : | |
| | : | |
| and | : | |
| | : | |
| **SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC,** | : | |
| **Relief Defendants** | : | |

## **ORDER**

AND NOW, this 22nd day of June, 2010, upon consideration of the motion (Doc. 94) for approval of a consent order (Doc. 94-2), filed by plaintiff U.S. Commodity Futures Trading Commission, and it appearing that the motion (Doc. 94) is unopposed, it is hereby ORDERED that the motion (Doc. 94) is GRANTED. The consent order shall issue by a separate order of court.

                                            S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge