# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : CIVIL ACTION NO. 1:09-CV-1330 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| SEAN NATHAN HEALY, | : |
| Defendant | : |
| and | : |
| SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC, | : |
| Relief Defendants | : |

---

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | : CIVIL ACTION NO. 1:09-CV-1331 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| SEAN NATHAN HEALY, | : |
| Defendant | : |
| and | : |
| SHALESE RANIA HEALY and SAND DOLLAR INVESTING PARTNERS, LLC, | : |
| Relief Defendants | : |

## **ORDER**

AND NOW, this 20th day of July, 2010, upon consideration of the motion to approve payment of taxes (U.S. Securities and Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed July 12, 2009) [hereinafter Case No. 1330], Doc. 103; U.S. Commodity Futures Trading Commission v. Healy, Civ. A. No.

1:09-CV-1331 (M.D. Pa filed July 12, 2009) [hereinafter Case No. 1331], Doc. 100), filed by the court-appointed receiver, Melanie E. Damian, Esq. (the "receiver"), and it appearing that counsel for the receiver has conferred with counsel for all interested parties, and they do not oppose the motion (Case No. 1330, Doc. 103; Case No. 1331, Doc. 100), and the court finding good cause to grant the requested relief, it is hereby ORDERED that the motion (Case No. 1330, Doc. 103; Case No. 1331, Doc. 100) is GRANTED. The court hereby authorizes the receiver to pay the taxes incurred by the estate of defendant Sean Healy and of certain assets of relief defendants ("the estate"), and the court further authorizes the receiver to pay all other taxes incurred by the estate from the inception of the receivership through the closing of the above-caption cases, without requiring further process and/or court approval.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge