# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,** | : | **CIVIL ACTION NO.  1:09-CV-1330** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **SEAN NATHAN HEALY,** | : | |
| Defendant | : | |
| and | : | |
| **SHALESE RANIA HEALY** and **SAND DOLLAR INVESTING PARTNERS, LLC,** | : | |
| Relief Defendants | : | |

---

| | | |
|---|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | : | **CIVIL ACTION NO.  1:09-CV-1331** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **SEAN NATHAN HEALY,** | : | |
| Defendant | : | |
| and | : | |
| **SHALESE RANIA HEALY** and **SAND DOLLAR INVESTING PARTNERS, LLC,** | : | |
| Relief Defendants | : | |

## **ORDER**

AND NOW, this 5th day of April, 2011, upon consideration of the motion to compel Relief Defendant Shalese Healy to cooperate with the receiver (U.S. Securities and Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed July 12, 2009) [hereinafter Case No. 1330], Doc. 127; U.S. Commodity Futures

<u>Trading Commission v. Healy</u>, Civ. A. No. 1:09-CV-1331 (M.D. Pa filed July 12, 2009) [hereinafter Case No. 1331], Doc. 128), filed by the court-appointed receiver, Melanie E. Damian, Esq. (the "receiver"), and upon further consideration of the order of court (Case No. 1330, Doc. 129; Case No. 1331, Doc. 130) dated March 9, 2011, directing Relief Defendant Shalese Healy to file a brief in opposition to the motion (Case No. 1330, Doc. 127; Case No. 1331, Doc. 128) on or before March 25, 2011, and it appearing that, as of the date of this order, Relief Defendant Shalese Healy has not filed a brief in opposition, it is hereby ORDERED that:

1. The motion (Case No. 1330, Doc. 127; Case No. 1331, Doc. 128) to compel Relief Defendant Shalese Healy to cooperate with the receiver is DEEMED unopposed and is GRANTED.

2. Relief Defendant Shalese Healy shall cooperate with the receiver during the remainder of the receivership, including, without limitation, the following:

    i. Appearing at an in-person deposition set by Fireman's Fund's counsel within two weeks of the date of this order,

    ii. Providing sworn statements regarding the missing jewelry for which the receiver filed claims with Fireman's Fund (referenced in the motion), and further regarding the circumstances surrounding their disappearance and any matters related thereto, and

    iii. Providing any other information and/or testimony required to complete the insurance investigation.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge