**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| U.S. SECURITIES AND | : | CIVIL ACTION NO.  1:09-CV-1330 |
| EXCHANGE COMMISSION, | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| SEAN NATHAN HEALY, | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| SHALESE RANIA HEALY and | : | |
| SAND DOLLAR INVESTING | : | |
| PARTNERS, LLC, | : | |
| Relief Defendants | : | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES | : | CIVIL ACTION NO.  1:09-CV-1331 |
| TRADING COMMISSION, | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| SEAN NATHAN HEALY, | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| SHALESE RANIA HEALY and | : | |
| SAND DOLLAR INVESTING | : | |
| PARTNERS, LLC, | : | |
| Relief Defendants | : | |

## ORDER

AND NOW, this 31st day of May, 2011, upon consideration of the seventh

motion for an order authorizing payment of fees and expenses (U.S. Securities and

Exchange Commission v. Healy, Civ. A. No. 1:09-CV-1330 (M.D. Pa. filed July 12,

2009) [hereinafter Case No. 1330], Doc. 134; U.S. Commodity Futures Trading

Commission v. Healy, Civ. A. No. 1:09-CV-1331 (M.D. Pa filed July 12, 2009)

[hereinafter Case No. 1331], Doc. 136), filed by the court-appointed receiver,

Melanie E. Damian, Esq. (the "receiver"), and upon further consideration of the

order of court (Case No. 1330, Doc. 135; Case No. 1331, Doc. 137) dated May 9, 2011,

directing defendant and/or relief defendants to file a brief in opposition to the

receiver's motion (Case No. 1330, Doc. 134; Case No. 1331, Doc. 136) on or before

May 27, 2011, and it appearing that, as of the date of this order, neither defendant

nor relief defendants have filed a brief in opposition, see L.R. 7.6, and it further

appearing that the U.S. Securities and Exchange Commission and the U.S.

Commodity Futures Trading Commission do not oppose the relief sought in the

receiver's motion, it is hereby ORDERED that:

1.    The motion (Case No. 1330, Doc. 134; Case No. 1331, Doc. 136) is
      DEEMED unopposed.  See L.R. 7.6.

2.    The motion (Case No. 1330, Doc. 134; Case No. 1331, Doc. 136) is
      GRANTED.  The court hereby approves the full amount of fees and
      costs requested and authorizes payment of eighty percent (80%) of the
      fees sought and the full amount of costs sought as follows:

      a.    $37,194.80 for fees and $1,319.67 for costs to the receiver and
            Damian & Valori, LLP; and

      b.    $395.20 for fees and $148.97 for costs to Semanoff Ormsby
            Greenberg & Torcia, LLC; and

      c.    $1,120.00 for fees and $20.00 for costs to Yeend, Castaneda &
            Flynn, LLP.


            S/ Christopher C. Conner
            CHRISTOPHER C. CONNER
            United States District Judge